TO: ABEL ACOSTA, CLERK OF THE

Court OF CRIMINAL APPEALS

OF TEXAS

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015
Abel Acosta, Clerk

FROM: DANIEL JAMES WEEMS #2003897

1203 EL CIBOLO RD.

EDINBURG, TX. 78542

RE: DISPOSITION OF CAUSE #
P.D.-0635-14

TO WHOM IT MAY CONCERN,

MY NAME IS DANIEL JAMES WEEMS #2003897 ON 8/20/14 THE STATES PETITION FOR DISCRETIONARY REVIEW WAS GRANTED, ON 11/19/14 MY LAWYER JUSTIN FISCHER PRESENTED THE ORAL ARGUMENTS TO THE COURT, IN JUNE 2015 MYSELF & MR. FISCHER WERE CALLED TO THE TRIAL COURT & TOLD TO PREPARE FOR TRIAL. THEN I WAS SENT TO T.D.C. ?

I HAVE YET TO RECIEVE AN OFFICIAL ANSWER FROM THE COURT OF CRIMINAL APPEALS, PLEASE SEND ME A COPY OF THE COURT'S DECISION. THANK YOU FOR YOUR TIME & CONSIDERATION.

RESPECT FULLY,

Daniel J Weems

## INMATE'S DECLARATION

I, _DANIEL J WEEMS_, am the applicant / petitioner (circle one) and

being presently incarcerated in _T.D.C.J. /LOPEZ UNIT_, declare under penalty of

perjury that, according to my belief, the facts stated in the above application are true and correct.

Signed on _9/20_, 20 _15_.

_Daniel Weems_

Signature of Applicant / Petitioner (circle one)

17